In the Matter of ELAINE MALONEY et al., Appellants, v ZONING BOARD OF APPEALS OF VILLAGE OF FREDONIA et al., Respondents. [737 NYS2d 908] —Appeal from a judgment (denominated order) of Supreme Court, Chautauqua County (Gerace, J.), entered April 23, 2001, which dismissed the petition in a proceeding pursuant to CPLR article 78 seeking to annul a determination of respondent Zoning Board of Appeals of the Village of Fredonia.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gerace, J. Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Gorski, JJ.

RONALD J. FULLER et al., Appellants, v CITY OF BUFFALO et al., Respondents, et al., Defendant. [737 NYS2d 907] —Appeal from those parts of an order of Supreme Court, Erie County (Dillon, J.), entered February 28, 2001, that granted the motions of defendants City of Buffalo, City of Buffalo Sewer Authority and C. Nichter, Inc., for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Dillon, J. Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Gorski, JJ.